**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEVE CAPRIO,

Plaintiff,

v.

JEAN DIANE ZEPEDA, LCSW, *et al.*,

Defendants.

Case No. 5:25-cv-03552-CV-ACCV

**ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Plaintiff has objected.

The Court accepts, in part, the findings and recommendation of the Magistrate Judge. The Court dismisses Defendant Zepeda, in her official capacity only, as a redundant defendant. *Ctr. for Bio-Ethical Reform, Inc. v. Los Angeles Cnty. Sheriff*, 533 F.3d 780, 799 (9th Cir. 2008) ("An official capacity suit against a municipal officer is equivalent to a suit against the entity."); *see also Luke v. Abbott*, 954 F. Supp. 202, 203 (C.D. Cal. 1997) ("[W]hen both an officer and the local government entity are named in a lawsuit and the officer is named in official capacity only, the officer is a redundant defendant and may be dismissed.").

The Court declines to dismiss Defendant Zepeda, in her official capacity, for improper service under Rule 12(b)(5). Service appears to have been properly effected.

IT IS THEREFORE ORDERED that: (1) Defendant Zepeda, in her official capacity, is DISMISSED without leave to amend; and (2) Defendants' Rule 12(b)(5) motion is DENIED as relief has been granted on alternative grounds.

DATED: 8/17/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE